# EXHIBIT A

Exhibit A
Four Year Payments made For The Benefit of Robert Shapiro

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| Woodbridge Structued Funding, LLC | 5829 | 12/04/17 | 04/30/14 | RONDA ROGOVIN | | $ 750.00 |
| Woodbridge Structued Funding, LLC | 5832 | 12/04/17 | 05/07/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5834 | 12/04/17 | 05/14/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5837 | 12/04/17 | 05/21/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5840 | 12/04/17 | 05/30/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5842 | 12/04/17 | 06/04/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5844 | 12/04/17 | 06/11/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5846 | 12/04/17 | 06/18/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5848 | 12/04/17 | 06/25/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5850 | 12/04/17 | 06/30/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5852 | 12/04/17 | 07/15/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5854 | 12/04/17 | 07/16/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5857 | 12/04/17 | 07/23/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5858 | 12/04/17 | 07/30/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5859 | 12/04/17 | 08/06/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5860 | 12/04/17 | 08/13/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5863 | 12/04/17 | 08/21/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5864 | 12/04/17 | 08/25/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5868 | 12/04/17 | 09/04/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5870 | 12/04/17 | 09/11/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5871 | 12/04/17 | 09/17/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5872 | 12/04/17 | 09/24/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5874 | 12/04/17 | 10/02/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5875 | 12/04/17 | 10/09/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5876 | 12/04/17 | 10/16/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5877 | 12/04/17 | 10/22/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5881 | 12/04/17 | 10/30/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5883 | 12/04/17 | 11/03/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5884 | 12/04/17 | 11/12/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5887 | 12/04/17 | 11/19/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5889 | 12/04/17 | 11/24/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5892 | 12/04/17 | 12/10/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5896 | 12/04/17 | 12/17/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5898 | 12/04/17 | 12/24/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5901 | 12/04/17 | 12/29/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5912 | 12/04/17 | 01/05/15 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5914 | 12/04/17 | 01/21/15 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5918 | 12/04/17 | 01/23/15 | RONDA ROGOVIN | | 750.00 |
| | | | | | $ - | $ 28,500.00 |
| | | | | Total Net Disbursements | | $ 28,500.00 |

# EXHIBIT B

Exhibit B
All Payments made For The Benefit of Robert Shapiro

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| Woodbridge Structued Funding, LLC | 5517 | 12/04/17 | 07/02/12 | RONDA ROGOVIN | | $ 500.00 |
| Woodbridge Structued Funding, LLC | 5522 | 12/04/17 | 07/05/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5525 | 12/04/17 | 07/16/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5527 | 12/04/17 | 07/23/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5530 | 12/04/17 | 07/30/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5535 | 12/04/17 | 08/06/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5546 | 12/04/17 | 08/13/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5551 | 12/04/17 | 08/20/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5563 | 12/04/17 | 08/29/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5570 | 12/04/17 | 09/05/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5579 | 12/04/17 | 09/10/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5584 | 12/04/17 | 09/17/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5585 | 12/04/17 | 09/24/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5591 | 12/04/17 | 10/01/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5597 | 12/04/17 | 10/09/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5603 | 12/04/17 | 10/12/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5607 | 12/04/17 | 10/23/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5616 | 12/04/17 | 10/31/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5620 | 12/04/17 | 11/08/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5624 | 12/04/17 | 11/14/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5630 | 12/04/17 | 11/19/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5641 | 12/04/17 | 11/23/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5650 | 12/04/17 | 12/03/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5661 | 12/04/17 | 12/10/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5666 | 12/04/17 | 12/17/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5648 | 12/04/17 | 12/21/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5675 | 12/04/17 | 12/26/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5685 | 12/04/17 | 12/31/12 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5693 | 12/04/17 | 01/07/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5701 | 12/04/17 | 01/10/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5704 | 12/04/17 | 01/10/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5711 | 12/04/17 | 01/28/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5716 | 12/04/17 | 02/05/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5719 | 12/04/17 | 02/11/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5726 | 12/04/17 | 02/19/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5735 | 12/04/17 | 02/25/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5740 | 12/04/17 | 03/04/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5749 | 12/04/17 | 03/12/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5754 | 12/04/17 | 03/14/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5760 | 12/04/17 | 03/25/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5762 | 12/04/17 | 04/01/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5764 | 12/04/17 | 04/08/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5768 | 12/04/17 | 04/15/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5769 | 12/04/17 | 04/22/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5773 | 12/04/17 | 04/29/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5781 | 12/04/17 | 05/08/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5784 | 12/04/17 | 05/13/13 | RONDA ROGOVIN | | 500.00 |
| Woodbridge Structued Funding, LLC | 5829 | 12/04/17 | 04/30/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5832 | 12/04/17 | 05/07/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5834 | 12/04/17 | 05/14/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5837 | 12/04/17 | 05/21/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5840 | 12/04/17 | 05/30/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5842 | 12/04/17 | 06/04/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5844 | 12/04/17 | 06/11/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5846 | 12/04/17 | 06/18/14 | RONDA ROGOVIN | | 750.00 |

Exhibit B
All Payments made For The Benefit of Robert Shapiro

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| Woodbridge Structued Funding, LLC | 5848 | 12/04/17 | 06/25/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5850 | 12/04/17 | 06/30/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5852 | 12/04/17 | 07/15/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5854 | 12/04/17 | 07/16/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5857 | 12/04/17 | 07/23/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5858 | 12/04/17 | 07/30/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5859 | 12/04/17 | 08/06/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5860 | 12/04/17 | 08/13/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5863 | 12/04/17 | 08/21/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5864 | 12/04/17 | 08/25/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5868 | 12/04/17 | 09/04/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5870 | 12/04/17 | 09/11/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5871 | 12/04/17 | 09/17/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5872 | 12/04/17 | 09/24/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5874 | 12/04/17 | 10/02/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5875 | 12/04/17 | 10/09/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5876 | 12/04/17 | 10/16/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5877 | 12/04/17 | 10/22/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5881 | 12/04/17 | 10/30/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5883 | 12/04/17 | 11/03/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5884 | 12/04/17 | 11/12/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5887 | 12/04/17 | 11/19/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5889 | 12/04/17 | 11/24/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5892 | 12/04/17 | 12/10/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5896 | 12/04/17 | 12/17/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5898 | 12/04/17 | 12/24/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5901 | 12/04/17 | 12/29/14 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5912 | 12/04/17 | 01/05/15 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5914 | 12/04/17 | 01/21/15 | RONDA ROGOVIN | | 750.00 |
| Woodbridge Structued Funding, LLC | 5918 | 12/04/17 | 01/23/15 | RONDA ROGOVIN | | 750.00 |
| | | | | | $ - | $ 52,000.00 |
| | | | | Total Net Disbursements | | $ 52,000.00 |